IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| CHRISTIAN NADAL and ROBBIE BASCUE, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | **MEMORANDUM DECISION AND ORDER DENYING [7] MOTION FOR EXTENSION OF TIME** <br><br> Case No. 4:18-cv-00001-DN <br><br> District Judge David Nuffer |
|---|---|

Plaintiffs seek an extension of time to serve Defendant in this matter.[1] As part of their Motion, Plaintiffs attach waivers of service that were purportedly mailed to the U.S. Attorney General and U.S. Attorney General for the District of Utah.[2] These waivers have not been executed and to date, proof of service by a method allowed under Rule 4 of the Federal Rules of Civil Procedure has not been filed.[3]

Plaintiffs' Motion is procedurally improper. This case was dismissed without prejudice on September 5, 2018 and the case is closed.[4] In a prior response, Plaintiffs assert that they believed the federal court was the defendant and therefore, service was either not required or accomplished by filing their complaint.[5] Plaintiffs make other arguments, including allegations that the President of the United States, U.S. Attorney, and Clerk of the Court were aware of

---

[1] Notice of Service of Complaint Notice of Service of Waiver of Service of Summons ("Motion"), docket no. 7, filed Sept. 24, 2018.

[2] *Id*.

[3] *Id*.

[4] Order Dismissing Case Without Prejudice, docket no. 5, entered Sept. 5, 2018.

[5] Response to Court Order Dismissing Case Without Prejudice Motion – Defendants Have Been Served ("Response"), docket no. 6, filed Sept. 13, 2018.

issues raised in the complaint based upon correspondence sent before this case was initiated and after.[6] Petitioners assert that the case should be reinstated and the time for service extended due to "their lack of knowledge of the Court Rules."[7] None of these arguments is a basis for reinstating the case. "A document filed *pro se* is 'to be liberally construed[.]'"[8] However, it is not the proper function of the district court to act as an advocate for a pro se litigant.[9] "[The Tenth Circuit] has repeatedly insisted that 'pro se litigants follow the same rules of procedure that govern other litigants.'"[10] This includes Rule 4 governing service.

IT IS HEREBY ORDERED that Plaintiffs' Motion[11] is DENIED. Notably Plaintiffs are not without recourse. Plaintiffs' action was dismissed without prejudice. They are free to re-file their complaint, pay the filing fee, and comply with the Federal Rules of Civil Procedure in the newly initiated proceeding.

Dated September 28, 2018.

BY THE COURT:

David Nuffer
United States District Judge

---

[6] Response at 1-3, docket no. 6.

[7] Motion at 2, docket no. 7.

[8] *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (citing *Estelle v. Gamble*, 429 U.S. 97, 106 (1976)).

[9] *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

[10] *Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994).

[11] *Id*.